EDWARD H. VAN INGEN et al., Appellants, *v.* HENRY G. HILTON, Respondent.

*Van Ingen* v. *Hilton*, 91 Hun, 373, affirmed.
(Argued April 20, 1896; decided May 26, 1896.)

APPEAL from order of the General Term of the Supreme Court in the first judicial department, made December 28, 1895, which reversed an order made at Circuit striking the cause from the calendar.

*Edward H. Fallows* for appellants.

*Rollin Tracy* for respondent.

Order affirmed, with costs; no opinion.
All concur.

---

JOHN HENRY HULL, Respondent, *v.* THE NEW YORK ELEVATED RAILROAD COMPANY et al., Appellants.   (Two actions.)

*Hull* v. *N. Y. El. R. R. Co.*, 78 Hun, 616, affirmed.
(Argued April 21, 1896; decided May 26, 1896.)

APPEAL from two judgments of the General Term of the Supreme Court in the first judicial department, entered upon orders made May 18, 1894, which affirmed judgments in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*J. Crawford Thomson* for appellants.

*John Henry Hull*, respondent, in person.

Judgments affirmed, with costs; no opinion.
All concur.